UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

| | |
|---|---|
| NICHELLE ELIZABETH FORD, ) | |
| ) | |
| Plaintiff, ) | |
| ) | **JUDGMENT IN A CIVIL CASE** |
| v. ) | |
| ) | **CASE NO. 4:14-CV-79-D** |
| CAROLYN W. COLVIN, Acting Commissioner of ) | |
| Social Security, ) | |
| ) | |
| Defendant. ) | |

**Decision by Court.**

This action came before this Court for ruling as follows.

**IT IS ORDERED, ADJUDGED, AND DECREED** that the court ADOPTS the conclusions in the M&R, OVERRULES plaintiff's objections to the M&R, DENIES plaintiff's motion for judgment on the pleadings, GRANTS defendant's motion for judgment on the pleadings, AFFIRMS defendant's final decision, and DISMISSES this action. The clerk shall close the case.

**This Judgment Filed and Entered on August 20, 2015, and Copies To:**

| | |
|---|---|
| Lawrence Wittenberg | (via CM/ECF Notice of Electronic Filing) |
| Leo R. Montenegro | (via CM/ECF Notice of Electronic Filing) |

DATE:                       JULIE RICHARDS JOHNSTON, CLERK

August 20, 2015            (By) /s/ Crystal Jenkins

                                            Deputy Clerk